UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Bennie Starks
                                    Plaintiff,
v.                                                          Case No.: 1:09−cv−00348
                                                            Honorable Gary Feinerman
City Of Waukegan, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 15, 2014:

MINUTE entry before the Honorable Gary Feinerman:The court's 11/1/2013 order [189] stated that if Defendants wished to signify their continued opposition to Plaintiff's motion to appoint special representative [165], they needed to file a surreply brief by 11/15/2013 to address Relf v. Statayeva, 998 N.E.2d 18 (Ill. 2013). The order further stated that "[i]f Defendants do not file a surreply by 11/15/2013, they will be deemed to have withdrawn their opposition to the motion."; Defendants later sought [191] and received [193] and extension to 12/3/2013 to file a surreply brief. No surreply brief was filed. Accordingly, Plaintiff's motion to appoint special representative [165] is granted, which in any event is the substantively correct disposition in light of Relf. By 1/29/2014, Defendant City of Waukegan shall file a notice identify a Special Representative for deceased Defendant Miguel Juarez; upon that filing, the court will order the Special Representative substituted for Defendant Juarez.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.