IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| Bennie Starks,                                    ) | |
|                 Plaintiff,                        ) | |
|                                                   ) | |
| v.                                                ) | No. 09 C 348 |
|                                                   ) | |
| City of Waukegan, and Present and Former          ) | |
| Waukegan Police Department Officials Lieutenant   ) | Judge Gary Feinerman |
| Urbancic, W. Biang, P. Stevenson and D. Deprez;   ) | |
| the Special Representative for Deceased former    ) | |
| Waukegan Police Department Officer M. Juarez;     ) | |
| Dr. Carl Hagstrom, Dr. Russell Schneider, Sharon  ) | |
| Thomas-Boyd and Northeastern Illinois Regional    ) | |
| Crime Laboratory, formerly known as Northern      ) | |
| Illinois Police Crime Laboratory,                 ) | |
|                                                   ) | |
|                 Defendants.                       ) | |

## AFFIDAVIT OF DAVID DEPREZ

I, DAVID DEPREZ, state that I have personal knowledge of all the facts which follow and, if called, I could testify to the following:

1. I served as a police officer for the City of Waukegan, Lake County, Illinois. I am now retired.

2. In January of 1986, I was an officer assigned to the Detective Bureau in the Waukegan Police Department.

3. On January 25, 1986, I administered Miranda warnings to Bennie Starks at the Waukegan Police Department.

4. I do not have any training or experience in serology or forensic odontology.

5. I did not have discussions with co-Defendants, Sharon Thomas-Boyd, Drs. Hagstrom or Schneider, concerning their methods, and procedures or findings.



EXHIBIT 2

6.      I accurately reflected all of my activities in the police reports that I authored in this case including the statements made to me by Bennie Starks.

Under penalties of perjury pursuant to 28 U.S.C.A. § 1746, I, David Deprez, affirm I have read the foregoing document and the facts made herein are true, correct and complete to the best of my knowledge and belief.

_____
David Deprez