162

1 the scene of the attack carrying a red bag?
2   A.  I'm not aware of that.
3   Q.  What, if any, information do you have
4 that Maris Gonzalez -- strike that.
5       What, if any, information did you have
6 that Bennie Starks had been seen carrying a red bag
7 throughout the day on the day of the attack?
8   A.  I'm not aware of that.
9   Q.  What, if any, information do you have
10 that Bennie Starks initially denied to the police
11 that the items, any of the items, that were found at
12 the scene of the attack were his?
13   MR. STAINTHORP: Objection to form.
14   THE WITNESS: I'm not aware of Bennie Starks'
15 statement to the police.
16   MR. KARAVIDAS: I don't have any other
17 questions.
18   MR. KRAUSE: Peter, have you got anything?
19   MR. TROBE: If we're done with closing
20 arguments, I just have a couple of questions.
21       (WHEREUPON, there was laughter.)
22       Doctor, as I told you before, I
23 represent the City of Waukegan and the Waukegan
24 Police Department, individuals that are being sued in

163

1 this case.
2   THE WITNESS: Okay.
3       EXAMINATION
4 BY MR. TROBE:
5   Q.  Other than at the hospital, did you
6 have -- during the course of your involvement in this
7 case, did you have any involvement or contact with
8 the Waukegan Police Department police officers?
9   A.  No.
10   Q.  Did the Waukegan police officers or
11 anybody from the City of Waukegan direct you or have
12 any input into the way you conducted your examination
13 in this case?
14   A.  No.
15   Q.  Did they have any input into your
16 conclusions?
17   A.  No.
18   Q.  Did you show or share your conclusions
19 in this case with the Waukegan Police Department
20 before you formalized them in a report?
21   A.  I did not.
22   Q.  And the only interaction you did have
23 with the Waukegan police officers was the taking of
24 the photographs at the hospital; is that correct?

164

1   A.  Yes.
2   MR. TROBE: I don't have any other questions.
3   MR. KARAVIDAS: I did forget to ask a couple
4 of questions, if you don't mind.
5       FURTHER EXAMINATION
6 BY MR. KARAVIDAS:
7   Q.  During the course of any of your work
8 with respect to the Bennie Starks case, have you
9 spoken with Sherry Thomas-Boyd?
10   A.  Never. No. I don't know who she is.
11   Q.  Did you ever speak to any person, to
12 the best of your knowledge, that worked for or was
13 associated with the Northern Illinois Police Crime
14 Lab?
15   A.  No.
16   Q.  Did any person from the Northern
17 Illinois Police Crime Lab ever direct or suggest how
18 you would conduct any of your work with respect to
19 Bennie Starks?
20   A.  No.
21   MR. KARAVIDAS: I don't have anything further.
22   MR. KRAUSE: Do you have anything?
23   MR. STAINTHORP: Do you have anything?
24   MR. KRAUSE: I have stuff, but do you have

165

1 stuff based on theirs?
2   MR. STAINTHORP: No. But probably after
3 you're done, I will have stuff.
4   MR. TROBE: Show me your stuff and I'll show
5 you my stuff.
6       EXAMINATION
7 BY MR. KRAUSE:
8   Q.  Dr. Hagstrom, in 1986, did you possess
9 and apply the requisite skill and knowledge in
10 forensic odontology in your workup and opinions that
11 were offered in the Bennie Starks trial?
12   MR. STAINTHORP: Objection to form.
13   THE WITNESS: Yes.
14 BY MR. KRAUSE:
15   Q.  And do you have on opinion -- strike
16 that.
17       Did you offer an opinion to a
18 reasonable degree of certainty at the Bennie Starks
19 trial as to certain opinions and conclusions that you
20 had reached?
21   A.  Yes, I did.
22   Q.  And what were those opinions and
23 conclusions based upon?
24   A.  They were based on examining the