SUBPOENA-SUBPOENA

**EXHIBIT 7**

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
)
) NO. **COPY**
V. )
)
BENNIE STARKS )
)
) SUBPOENA

FEB 0 5
WAUKEGAN POLICE DEPT.
86CF106

NOTE: You may comply with this Subpoena by appearing in person in Court at the time & date shown below with the subpoenaed materials. You may also comply by mailing legible & complete copies of all specified documents, objects or tangible things requested below at least 5 days before the due date to the Presiding Judge Phillips (C-202), 18 N County St, Waukegan IL 60085.

TO: KEEPER OF RECORDS, WAUKEGAN POLICE DEPARTMENT- *Fax 360-9861*

YOU ARE COMMANDED TO appear to testify before the HONORABLE JOHN PHILLIPS at 18 North County Street, Waukegan, Illinois, 60085 in Courtroom C-202 on February 11, 20 09. pM Sex
Time of appearance 9 XXXXXXXXX/p.m (SEE 'NOTE' ABOVE)

YOU ARE COMMANDED ALSO to bring the following:

All photographs contained in the "M/B mug books" and "photo books" referenced in reports from the investigation on Report/Case number 86-1898. Additionally, photographs used in photo lineups in said investigation, including photo numbers: 1281, 1183, 323, 1522, 1523, 758, 552, 597, 644, 321, 667, 1499, 1495, 817, and 978, and any and all other photos shown to witnesses in photo lineups related to this investigation (86-1898).

in your possession or control.
YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

February 5, 20 09
Witness,
SALLY D. COFFELT
Clerk of the Circuit Court
Lake County, Illinois

NAME: STONE & ASSOCIATES LLC
ATTORNEY FOR: Defendant
ADDRESS: 415 Washington St - Suite 107
CITY: Waukegan IL 60085
TELEPHONE: 847-336-7888

I served this subpoena by handing a copy to _____
on _____, 20 _____. I paid the witness $ _____ for witness and mileage fees.

Signed and Sworn to before
me _____, 20 _____.

Notary Public

171-226 Rev. 2/00
SAO - 002559