# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BENNIE STARKS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WAUKEGAN, and PRESENT and FORMER WAUKEGAN POLICE DEPARTMENT OFFICIALS, LIEUTENANT URBANIC, W. BIANG, P. STEVENSON, M. JUAREZ, D. DEPREZ and DR. CARL HAGSTROM, DR. RUSSELL SCHNEIDER and SHARON THOMAS-BOYD,<br><br>Defendants. | ) | No. 09 CV 348<br>Judge Feinerman |

The deposition of BENNIE STARKS, taken before Nicole Koziol, Certified Shorthand Reporter and Notary Public, taken pursuant to the provisions of the Illinois Code of Civil Procedure and the Rules of the Supreme Court thereof pertaining to the taking of depositions for the purpose of discovery at 500 West Madison Street, Suite 2430, Chicago, Illinois, commencing at 9:34 a.m. on January 22, 2014.

BY THE WITNESS:

**A. Yes, it does.**

**Q. Would you say it generally relates to an area that encompasses the ravine and your mom's house on Lake Street?**

**A. Yes.**

**Q. And by looking at this map, can you identify approximately where your mother's house was in relationship to the ravine?**

**A. Where is the ravine?**

MR. STAINTHORP: Yeah, I think it's unclear.

BY MR. KRAUSE:

**Q. Well, that's why I'm asking. If you can't tell, just tell me that.**

MR. STAINTHORP: If you could try to orient us.

MR. KRAUSE: Yes.

BY MR. KRAUSE:

**Q. I believe you will see here this is Lake Street right here (indicating). Do you see that?**

**A. Yes, I see it.**

MR. KRAUSE: Hang on a minute. Did you get that, Mr. Videographer?

THE VIDEOGRAPHER: Yes.

BY MR. KRAUSE:

**Q. So do you see on your copy of Exhibit 4 where it says Lake Street and it meets South Utica and Martin Luther King Drive?**

**A. Well, at the time it wasn't Martin Luther King Drive, so what is it now -- I mean, what was it back then?**

**Q. South Utica.**

**Do you see that intersection of Lake Street and South Utica?**

**A. I see Lake Street. Where is Utica?**

MR. STAINTHORP: Do you want to point it out.

THE WITNESS: Can I get my glasses, please?

MR. KRAUSE: Of course.

MR. STAINTHORP: Where are your glasses?

THE WITNESS: They're in my coat pocket.

MR. KRAUSE: Why don't we stay on the record while you're gone. Grab your glasses, and we can go from there.

(Witness steps out of room.)

THE WITNESS: Okay, so you're saying --

MR. STAINTHORP: Let him ask the question.

BY MR. KRAUSE:

**Q. Sir, if you follow Belvidere Street to**

**South Utica on the map and then go north from South Utica to Lake Street, do you see that intersection?**

**A. Yes.**

MR. STAINTHORP: Objection to form.

BY MR. KRAUSE:

**Q. Your mom's house was generally at the intersection of South Utica and Lake Street; would you agree?**

**A. Yes.**

**Q. Immediately to the west of there in a gray shaded area on the map, would you agree that generally that is the area where the ravine was?**

MR. STAINTHORP: Objection to form.

MS. MOGUL: There was pointing for the video but not for the purpose of my client.

BY THE WITNESS:

**A. Okay, so are you saying that this is the ravine (indicating)?**

**Q. That's what I'm asking you.**

**A. If you say it is.**

**Q. Sir, I'm asking you, is that generally where the ravine was?**

**A. It's a possibility because I couldn't**

just basically look at this and just tell you exactly. What I know Lake Street is where my mom stayed at.

Q. Okay. Let me see if I can help you further. I will show you what will be marked as Exhibit 5.

(Deposition Exhibit No. 5 marked as requested.)

BY MR. KRAUSE:

Q. Take as much time as you need to take a look at this document.

(Witness peruses document.)

BY MR. KRAUSE:

Q. Is the area depicted in Exhibit No. 5 familiar to yourself?

A. Yes.

Q. Do you see where Lake Street is in the bottom third of Exhibit No. 5?

A. Okay, I see it.

Q. Do you see a building right there at the intersection? It identifies itself as South Martin Luther King --

A. Yes.

Q. -- and then Lake Street. Do you see a

**building there?**

**A. Yes.**

**Q. Was that your mom's building at 300 Lake Street?**

**A. Yes, it is, yes.**

**Q. And if you look, north is facing up on Exhibit No. 5?**

**A. Un-hun.**

**Q. To the west of there, did you see the ravine?**

**A. It is right here (indicating) or right there?**

**Q. Sir -- let me see where you're looking at. Is that the ravine, sir?**

**A. I guess, yeah.**

MR. STAINTHORP: Objection to form.

BY MR. KRAUSE:

**Q. And looking at this exhibit right here, this is your mom's house?**

**A. Yes.**

**Q. This is what you believe to be the ravine area?**

**A. Yes.**

**Q. Have you been there since January of**

**A. I can't tell you specifically where the attack took place. The only thing I could tell is it was on Utica Street. As far as looking at this (indicating), this is Utica Street so it must have happened somewhere up in there. Absolutely this is the corner, I guess, of Utica and whatever that street that the police station is on.**

**Q. Can you turn that exhibit around and show the videographer where you're pointing?**

**A. I'm pointing right there, which is Utica Street (indicating).**

MR. KRAUSE: Can you capture this?

MR. STAINTHORP: Just for the record, I object to this exhibit because it's not accurate in terms of the street names as they existed in 1986. So I object, you know, to any use of this exhibit at any time.

BY MR. KRAUSE:

**Q. Sir, do you want to pull out the exhibit that is a satellite imaging?**

**A. Un-hun.**

**Q. Do you have that in front of you?**

**A. Yes.**

**Q. What exhibit is that?**

**A. Exhibit 5.**

**Q. That is the exhibit we see on the easel in front of you?**

**A. Yes.**

**Q. Can you point to the area where you believe this attack took place?**

MR. STAINTHORP: I again object to any use of this exhibit which inaccurately names the streets as they existed in 1986.

BY THE WITNESS:

**A. I couldn't tell you exactly just by looking at this.**

**Q. I thought you said it was on Utica Street?**

**A. It was on Utica Street. Where is Utica Street at? I mean -- I mean.**

**Q. You don't see Utica Street on this map?**

MR. STAINTHORP: Well, that's a crucial --

BY MR. KRAUSE:

**Q. Right here (indicating).**

**A. Okay, that's Utica Street, okay.**

MR. STAINTHORP: In fact, on this exhibit it's named something else.

MR. KRAUSE: Actually, it's named a

bipartisan street, John. It's Utica and Martin Luther King Drive. It's the same street. That street has been there forever.

THE WITNESS: It wasn't there when I was there.

MR. STAINTHORP: Not as Martin Luther King Drive.

BY MR. KRAUSE:

**Q. Utica Street wasn't there when you were there?**

**A. No, I'm saying, Martin Luther King.**

**Q. The street was there, sir, the name may have been different, right?**

**A. Yes.**

MR. STAINTHORP: The name was different.

BY THE WITNESS:

**A. Yes.**

MR. STAINTHORP: So this is obviously a very confusing exhibit because it has the incorrect name.

MR. KRAUSE: I'm sure it is.

BY MR. KRAUSE:

**Q. So where --**

MR. KARAVIDAS: I'm going to object for the

**Q. It does?**

**A. Yeah.**

**Q. All right. So you wanted to walk on the other side of the street so you could cross the street to get to your mom's?**

**A. I was actually on the same side of the street as the building that my mom stayed in.**

**Q. Well, your mom's building is on the east side of Utica; is it not?**

MR. STAINTHORP: Just for the record there are no directional indicators on the exhibit you are showing him.

MR. KRAUSE: Okay. Well, we all know that north is at the top.

MR. STAINTHORP: No, we don't.

MR. KRAUSE: Well, I'll stipulate to that because that's pretty general.

BY MR. KRAUSE:

**Q. So if we assume the top of the map is north, which is identified actually on the other map that we looked at, why would you be walking on the south -- on the west side of Utica if your mom's apartment is on the east side of Utica?**

MR. STAINTHORP: Objection to form.